UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CARLOS FERNANDO PEREZ ARGUELLO,

               Plaintiff,

  -against-

WILSON JAVIER LOJAN,

               Defendants.
----------------------------------------------------------------X

JUDGMENT

22-cv-6236(DLI)(RML)

     An Order of the Honorable Dora Lizette Irizarry, United States District Judge, having been filed on September 22, 2023, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated July 12, 2023, which recommended granting the Plaintiff's motion; awarding Plaintiff $71,779.08 in total, representing $30,889.54 in unpaid minimum and overtime wages, $30,889.54 in liquidated damages and $10,000 for wage statement and notice violations; prejudgment interest on Plaintiff's unpaid wages of $30,889.54 from January 15, 2021, to the date of entry of judgment at a *per diem* interest rate of $7.62; and the prejudgment interest being $7,467.60; grating post-judgement interest pursuant 28 U.S.C. § 1961; and awarding $8,606.25 in attorney's fees and $467 in costs; it is

     ORDERED and ADJUDGED that the Plaintiff's motion is granted; and that judgment is hereby entered in favor of Plaintiff Carlos Fernando Perez Arguello and against Wilson Javier Lojan in the amount $88,319.93, plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

Dated: Brooklyn, New York
       September 22, 2023

                                                             Brenna B. Mahoney
                                                             Clerk of Court

                                               By:    */s/Erin Espinal*
                                                            Deputy Clerk